IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WENDY REPICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAIRWAY INDEPENDENT<br>MORTGAGE CORPORATION,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:22-CV-1035-RP<br>§<br>§<br>§<br>§<br>§ |

**JOINT STATUS REPORT**

Plaintiff Wendy Repich ("Plaintiff") and Defendant Fairway Independent Mortgage Corporation ("Defendant") (collectively, the "Parties") file this Joint Status Report, pursuant to the Court's November 30, 2022 Order (Dkt. No. 8). At this time, Plaintiff has not yet submitted her claims for arbitration.

Respectfully submitted,

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas  75601
Tel: (512) 799-2048

By: */s/  Douglas B. Welmaker*_____
      Douglas B. Welmaker
      Texas Bar No. 00788641
      doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


*/s/  Erika L. Leonard*_____
Erika L. Leonard
Texas Bar No. 24110740
Erika.leonard@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
512-344-4700 (Telephone)
512-344-4701 (Fax)

**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2023, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system, which will send notification of such filing to counsel of record for both parties.

*/s/ Erika L. Leonard*_____
Erika L. Leonard