IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **WENDY REPICH,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 1:22-cv-1035-RP |
| **FAIRWAY INDEPENDENT MORTGAGE CORPORATION ,** | § § § § | |
| **Defendant.** | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wendy Repich ("Plaintiff") and Defendant Fairway Independent Mortgage Corporation ("Defendant") stipulate and agree that any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendant in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,
WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


**ATTORNEY FOR PLAINTIFF**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Erika Leonard
Erika Leonard
Texas Bar No. 24110740
erika.leonard@ogletreedeakins.com
301 Congress Avenue
Suite 1150
Austin, TX 78701
Telephone: (512) 344-4700
Fax: (512) 344-4701 (Fax)

**ATTORNEY FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

On September 28, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker